Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

        Plaintiff,

vs.

AU ENERGY, LLC; WEST COAST CONVENIENCE, LLC;

        Defendants.

No. 3:19-cv-03850-EMC

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Au Energy, LLC; and West Coast Convenience, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs. | |

 **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Au Energy, LLC; and West Coast Convenience, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 25, 2019         MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: October 25, 2019         GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Jan Buddingh, Jr.*
Jan Buddingh, Jr.
Attorneys for Defendants,
Au Energy, LLC; and
West Coast Convenience, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez